IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GERALD COLLINS, | § | |
| | § | |
| Defendant Below, | § | No. 297, 2016 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 91009036DI |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: June 23, 2016
Decided: August 9, 2016

Before **STRINE**, Chief Justice; **HOLLAND** and **SEITZ**, Justices.

## O R D E R

This 9th day of August 2016, upon consideration of the opening brief and motion to affirm, we find it evident that the judgment below should be affirmed on the basis of the Superior Court order dated June 1, 2016. The Superior Court did not err in its treatment of the appellant's "motion of a formal letter and progress report," which sought reduction of his Level V time, as a motion for reduction of sentence under Superior Court Criminal Rule 35(b) or in its denial of that motion.

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*
Chief Justice